UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ARNOLD McKELVEY,

                        Plaintiff,

      -against-                                            9:12-CV-0094 (LEK/TWD)

BRIAN FISCHER, Commissioner; and
MR. BARBINI, Hearing Officer,

                        Defendants.
_____

## ORDER

      This matter comes before the Court following a Report-Recommendation filed on June 12, 2013, by the Honorable Thérèse Wiley Dancks, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Northern District of New York Local Rule 72.3(d). Dkt. No. 29 ("Report-Recommendation").

      Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); see also Cephas v. Nash, 328 F.3d 98, 107 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301, 306 (N.D.N.Y. 2008).

      No objections to the Report-Recommendation were filed in the allotted time period. See generally Dkt. After a thorough review of the Report-Recommendation and the record, the Court

has determined that the Report-Recommendation is not clearly erroneous or manifestly unjust.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 27) is **APPROVED** and **ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 24) for summary judgment is **GRANTED**, and it is further

**ORDERED**, that Plaintiff's Amended Complaint (Dkt. No. 13) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court provide Plaintiff with copies of all unpublished decisions cited in the Report-Recommendation (Dkt. No. 27); and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:	July 10, 2013
	Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge